MATTHEW C. MACLEAR (SBN 209228)
mcm@atalawgroup.com
ERICA A. MAHARG (SBN 279396)
eam@atalawgroup.com
AQUA TERRA AERIS (ATA) LAW GROUP
4030 Martin Luther King Way
Oakland, CA 94609
Telephone: (510) 473-8793

*Attorneys for Plaintiffs*
SAN JOAQUIN RAPTOR/WILDLIFE RESCUE CENTER
CENTRAL VALLEY SAFE ENVIRONMENT NETWORK
PROTECT OUR WATER

*[additional counsel next page]*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN JOAQUIN RAPTOR/WILDLIFE RESCUE CENTER, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>ARDAGH GLASS INC., et al.<br><br>Defendants. | Civil Case No. 1:22-CV-00595-JLT-SKO<br><br>**STIPULATED REQUEST TO MODIFY SCHEDULING ORDER; ORDER**<br><br>(Doc. 24) |

JONATHAN J. BOUSTANI (SBN 274748)
Jonathan.Boustani@btlaw.com
BARNES & THORNBURG LLP
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone:     310-284-3880
Facsimile:     310-284-3894

Edward Sean Griggs (*pro hac vice*)
sean.griggs@btlaw.com
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone:     317-231-7793
Facsimile:   317-231-7433

Alexander Bandza (*pro hac vice*)
ABandza@btlaw.com
BARNES & THORNBURG LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606-2833
Telephone: 312-214-5633
Facsimile:  312-759-5646

*Attorneys for Defendants*
ARDAGH GLASS INC.;
ARDAGH GROUP S.A.

Plaintiffs San Joaquin Raptor/Wildlife Rescue Center (SJR/WRC), Central Valley Safe Environment Network (CVSEN), and Protect Our Water (POW) (collectively, "Plaintiffs") and Defendants Ardagh Glass Inc. and Ardagh Glass S.A. (collectively, "Defendants") hereby stipulate and respectfully request the Court modify the scheduling order in this action as follows:

WHEREAS, the Court entered a scheduling order on October 26, 2022 (Dkt. No. 17) and modified certain dates on April 17, 2023, after the case was reassigned to the Honorable Jennifer L. Thurston (Dkt. No. 23), (collectively, "Scheduling Order");

WHEREAS, the schedule originally proposed by the Parties anticipated that the Parties would engage in initial settlement discussions for approximately three to four months (Dkt. No. 15 at 6, § 11);

WHEREAS, the settlement discussions are taking longer than originally anticipated due to, among other things, personal issues affecting Plaintiffs' counsel's and expert's availability;

WHEREAS, Defendants have provided information requested by Plaintiffs to facilitate settlement discussions;

WHEREAS, Plaintiffs have proposed settlement terms, which Defendants are currently considering;

WHEREAS, the Parties anticipate continuing settlement discussions over the next couple months;

WHEREAS, the Parties agree that modifying the Scheduling Order will allow the Parties more time to engage in good faith efforts to settle the action before expending significant resources on discovery and other litigation deadlines;

WHEREAS, the Parties have agreed on a modified Scheduling Order that will not affect scheduled dates for the pre-trial conference and trial, in order to minimize the impact on the Court's calendar;

NOW, THEREFORE, THE PARTIES STIPULATE AND REQUEST THAT THE SCHEDULING ORDER BE MODIFIED AS FOLLOWS:

1. <u>Discovery Deadlines</u>
    a. Non-Expert Discovery: January 23, 2024

1       b.  Expert Disclosures: March 1, 2024

2       c.  Rebuttal Expert Disclosures: April 15, 2024

3       d.  Expert Discovery: May 15, 2024

4   2.  Non-Dispositive Motion Deadlines

5       a.  Filing: June 28, 2024

6       b.  Hearing: August 12, 2024

7   3.  Dispositive Motion Deadlines

8       a.  Filing: June 28, 2024

9       b.  Hearing: August 5, 2024

10   4. The Parties further agree that no other deadlines in the Scheduling Order shall be modified, including the following:

12       a.  Deadline to Provide Proposed Settlement Conference Dates: August 28, 2023

13       b.  Pre-Trial Conference: September 23, 2024

14       c.  Trial: November 19, 2024

Respectfully submitted,

Dated: July 28, 2023                AQUA TERRA AERIS LAW GROUP

/s/ Erica A. Maharg
Erica A. Maharg
Attorneys for Plaintiffs
SAN JOAQUIN RAPTOR/WILDLIFE RESCUE CENTER, CENTRAL VALLEY SAFE ENVIRONMENT NETWORK, and PROTECT OUR WATER

Dated: July 28, 2023                BARNES & THORNBURG LLP

/s/ Alexander Bandza
Alexander Bandza
Attorneys for Defendants
ARDAGH GLASS INC.
ARDAGH GLASS S.A.

**ORDER**

Pursuant to the foregoing stipulation (Doc. 24), and for good cause shown (Fed. R. Civ. P. 16(b)(4)), the Court hereby MODIFIES the case schedule (*see* Docs. 17, 21) as follows:

Discovery Deadlines

Non-Expert Discovery: January 23, 2024

Expert Disclosures: March 1, 2024

Rebuttal Expert Disclosures: April 15, 2024

Expert Discovery: May 15, 2024

Non-Dispositive Motion Deadlines

Filing: June 28, 2024

Hearing: August 14, 2024[1]

Dispositive Motion Deadlines

Filing: June 28, 2024

Hearing: August 5, 2024

Deadline to Provide Proposed Settlement Conference Dates: August 28, 2023

Pre-Trial Conference: September 30, 2024[2]

Trial: December 3, 2024

IT IS SO ORDERED.

Dated:   **August 2, 2023**                             /s/ *Sheila K. Oberto*
                                                                           UNITED STATES MAGISTRATE JUDGE

---

[1] The assigned magistrate judge hears civil law and motion on Wednesdays at 9:30 A.M.
[2] The Court sua sponte continues the Pre-Trial Conference and Trial dates, in order to allow the assigned district judge time to rule on dispositive motions and for the parties to prepare for trial.