MATTHEW C. MACLEAR (SBN 209228)
Email: mcm@atalawgroup.com
ERICA A. MAHARG (SBN 279396)
Email: eam@atalawgroup.com
AQUA TERRA AERIS (ATA) LAW GROUP
4030 Martin Luther King Way
Oakland, CA 94609
Telephone: (510) 473-8793

*Attorneys for Plaintiffs*
SAN JOAQUIN RAPTOR/WILDLIFE RESCUE CENTER
CENTRAL VALLEY SAFE ENVIRONMENT NETWORK
PROTECT OUR WATER

*[additional counsel next page]*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN JOAQUIN RAPTOR/WILDLIFE RESCUE CENTER, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>ARDAGH GLASS INC., et al.<br><br>Defendants. | Civil Case No. 1:22-CV-00595-JLT-SKO<br><br>**SECOND STIPULATED REQUEST TO MODIFY SCHEDULING ORDER; ORDER**<br><br>**(Doc. 27)** |

JONATHAN J. BOUSTANI (SBN 274748)
Jonathan.Boustani@btlaw.com
BARNES & THORNBURG LLP
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone:    310-284-3880
Facsimile:    310-284-3894

Edward Sean Griggs (*pro hac vice*)
sean.griggs@btlaw.com
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone:    317-231-7793
Facsimile:    317-231-7433

Alexander Bandza (*pro hac vice*)
ABandza@btlaw.com
BARNES & THORNBURG LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606-2833
Telephone: 312-214-5633
Facsimile:  312-759-5646

*Attorneys for Defendants*
ARDAGH GLASS INC.;
ARDAGH GROUP S.A.

1  Plaintiffs San Joaquin Raptor/Wildlife Rescue Center (SJR/WRC), Central Valley Safe
2  Environment Network (CVSEN), and Protect Our Water (POW) (collectively, "Plaintiffs") and
3  Defendants Ardagh Glass Inc. and Ardagh Glass S.A. (collectively, "Defendants") hereby stipulate
4  and respectfully request the Court modify the scheduling order in this action as follows:

5  WHEREAS, the Court entered a scheduling order on October 26, 2022 (Dkt. No. 17) and
6  modified certain dates on April 17, 2023, after the case was reassigned to the Honorable Jennifer L.
7  Thurston (Dkt. No. 23)

8  WHEREAS, on August 2, 2023, per the Parties' stipulation, the Court modified the scheduling
9  order to allow the Parties additional time for settlement discussions (Dkt. No. 25) ("Scheduling
10 Order");

11 WHEREAS, the settlement discussions are ongoing, but due the highly-technical nature of the
12 discussions involving air pollution control technology improvements, the discussions are taking
13 considerable time;

14 WHEREAS, the Parties have exchanged settlement offers and met on multiple occasions to
15 discuss the terms;

16 WHEREAS, the Parties have both propounded and responded to initial written discovery and
17 document productions;

18 WHEREAS, the Parties anticipate continuing settlement discussions over the next couple
19 months;

20 WHEREAS, the Parties agree that modifying the Scheduling Order will allow the Parties more
21 time to engage in good faith efforts to settle the action before expending significant resources on
22 completing discovery, expert disclosures, and other litigation deadlines;

23 WHEREAS, the Parties have agreed on a modified Scheduling Order to meet these goals;

24 NOW, THEREFORE, THE PARTIES STIPULATE AND REQUEST THAT THE
25 SCHEDULING ORDER BE MODIFIED AS FOLLOWS:

26 1. <u>Discovery Deadlines</u>
27     a. Non-Expert Discovery: May 24, 2024
28     b. Expert Disclosures: June 28, 2024

3

SECOND STIPULATED REQUEST TO MODIFY SCHEDULING ORDER; ORDER

      c.  Rebuttal Expert Disclosures: August 26, 2024

      d.  Expert Discovery: September 27, 2024

2. <u>Non-Dispositive Motion Deadlines</u>

      a.  Filing: October 25, 2024

      b.  Hearing: December 4, 2024

3. <u>Dispositive Motion Deadlines</u>

      a.  Filing: November 12, 2024

      b.  Hearing: December 20, 2024

4. <u>Pretrial Conference:</u> February 3, 2025

5. <u>Trial:</u> April 22, 2025

Respectfully submitted,

Dated: January 16, 2024        AQUA TERRA AERIS LAW GROUP

<u>/s/ Erica A. Maharg</u>
Erica A. Maharg
Attorneys for Plaintiffs
SAN JOAQUIN RAPTOR/WILDLIFE RESCUE CENTER, CENTRAL VALLEY SAFE ENVIRONMENT NETWORK, and PROTECT OUR WATER

Dated: January 16, 2024        BARNES & THORNBURG LLP

<u>/s/ Alexander Bandza</u>
Alexander Bandza
Attorneys for Defendants
ARDAGH GLASS INC.
ARDAGH GLASS S.A.

I attest that Defendants' counsel has concurred in the filing of this document.

Dated: January 16, 2024                         AQUA TERRA AERIS LAW GROUP

/s/ Erica A. Maharg
Erica A. Maharg

## Order

Pursuant to the parties' foregoing stipulation (Doc. 27), and for good cause shown (*see* Fed. R. Civ. P. 16(b)(4)), the Scheduling Order (Doc. 25) is MODIFIED as follows:

|  | **Former Deadline** | **New Deadline** |
|---|---|---|
| Non-Expert Discovery | January 23, 2024 | May 4, 2024 |
| Expert Disclosures | March 1, 2024 | June 28, 2024 |
| Rebuttal Expert Disclosures | April 15, 2024 | August 26, 2024 |
| Expert Discovery | May 15, 2024 | September 27, 2024 |
| Non-Dispositive Motions | Filing: June 28, 2024<br>Hearing: August 14, 2024 | Filing: October 25, 2024<br>Hearing: December 4, 2024 |
| Dispositive Motions | Filing: June 28, 2024<br>Hearing: August 5, 2024 | Filing: November 12, 2024<br>Hearing: December 20, 2024 |
| Deadline to Propose Settlement Conference Dates | August 28, 2023 | January 22, 2025 |
| Pre-Trial Conference | September 30, 2024, at 1:30 PM in Courtroom 4 (JLT) before District Judge Jennifer L. Thurston | February 3, 2025, at 1:30 PM in Courtroom 4 (JLT) before District Judge Jennifer L. Thurston |
| Trial | December 3, 2024, at 8:30 AM in Courtroom 4 (JLT) before District Judge Jennifer L. Thurston. | April 22, 2025, at 8:30 AM in Courtroom 4 (JLT) before District Judge Jennifer L. Thurston. |

IT IS SO ORDERED.

Dated:   **January 17, 2024**              /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE